MILTON GREENEBAUM, as Trustee, Respondent, *v.* FLEISCH-MANN REALTY AND CONSTRUCTION COMPANY, Appellant.

*Greenebaum* v. *Fleischmann Realty & C. Co.*, 133 App. Div. 945, appeal dismissed.

(Submitted October 4, 1909; decided October 12, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on a deficiency judgment.

The motion was made upon the ground that the judgment was not appealable of right to the Court of Appeals; that permission to appeal had not been obtained, and that in any event the exceptions were frivolous.

*Samson Lachman* and *Theodore Baumeister* for motion.

*Daniel P. Hays* and *Edwin D. Hays* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.